FILED

10/16/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: OP 23-0609



# IN THE SUPREME COURT OF THE STATE OF MONTANA

## OP 23-0609

STEVEN GENE JOHNSON,

       Petitioner,

v.

CAPT BRADLEY BRAGG,
Lewis and Clark County Detention Center

       Respondent.

**GRANT OF MOTION TO
PROCEED WITHOUT
PAYMENT OF FILING FEE**

Motion to proceed without payment of the filing fee in this matter is **GRANTED.**

DATED October 16, 2023.

BOWEN GREENWOOD
Clerk of the Supreme Court